# DEBES LAW FIRM
## ROBERT R. DEBES, JR.

October 2, 2007

<u>Via Fax: 210.614.6403</u>
Edward L. Piña
The Arial House
8118 Datapoint Drive
San Antonio, Texas 78229

Re: Civil Action No. 07-ca-695-xr; *Johnny Bernal, et al vs. Vankar Enterprises, Inc. d/b/a Babcock Bar, et al.;* In the United States District Court for the Western District of Texas – San Antonio Division

Dear Edward:

Per our telephone conference the other day, I went ahead and filed (this morning) the unopposed motion for leave to file amended complaint. If you didn't receive it, please let me know and I will be happy to send you a copy via fax or email.

I would like to advise the Court <u>not</u> to rule on your 12b and 12e motions (as stated in your original answer) in light of our agreement concerning the amended pleadings. Please sign your name in the space below to reflect our agreement that the Court does not need to rule on the 12b and/or 12e motions as we have both agreed to amend our pleadings. Obviously, this does not waive your right to file 12b or 12e motions for deficiencies in our amended or future pleadings, if any. Thanks.

Very truly yours,

DEBES LAW FIRM

Robert R. Debes, Jr.

AGREED:

Edward Piña, for Defendants

17 SOUTH BRIAR HOLLOW LANE • SUITE 302 • HOUSTON, TEXAS 77027
TELEPHONE (713) 623-0900 • FACSIMILE (713) 623-0951 • EMAIL: BDEBES@DEBESLAW.COM