## IMPORTANT NOTICE TO CURRENT/FORMER BARTENDERS EMPLOYED BY BABCOCK BAR, CHICAGO BAR, and/or DIXIE'S COUNTRY BAR

TO: Bartenders employed at the Bars at any time from August 23, 2004 to the present.

RE: Lawsuit against the Bars claiming you are owed additional wages.

1. **Why Am I Getting This Notice?**

You are getting this notice because you worked as a bartender for the Bars. A lawsuit filed in federal court claims that you are owed additional wages under federal law.

2. **What Is This Lawsuit About?**

The people who brought the lawsuit (the workers) claim the Bars took a portion of your tips in violation of federal law. The workers claim that, as a result, you are entitled to an additional $3.02 for each hour that you worked at the Bars. The Bars say you are not owed any additional money. The Court has not decided who is right.

3. **What Are My Options?**

You can either: (1) make a claim for additional wages; or (2) do nothing. To claim additional wages in this case, submit the attached Notice of Consent. If you submit a Notice of Consent, you will be part of the case. If the workers win or settle the case, you may receive additional money. If the workers lose, you will receive nothing. **To make a claim for additional wages in this case, your Notice of Consent must be received by March 1, 2008.**

If you do nothing, you will not be part of this case. If you do nothing, you will not receive any money from this case, even if the workers win.

4. **How Can I Get More Information?**

You can get more information by calling the workers' attorneys. The workers' attorneys are Bob Debes and Richard J. Burch. Mr. Debes can be reached at 713-623-0900 or 877.TIP.POOL. Mr. Burch can be reached at 1-800-443-2441 or 713-877-8788.

5. **Can they retaliate against me?**

It is a violation of federal law for the Bars to retaliate against you for filing a claim to recover wages owed to you.

**This is a Court Notice, Not an Advertisement from a Lawyer.**


EXHIBIT 4