UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JOHNNY BERNAL, on Behalf of Himself ]<br>and Others Similarly Situated, ]<br>]<br>*Plaintiff*, ]<br>]<br>v. ]<br>]<br>VANKAR ENTERPRISES, INC. d/b/a, ]<br>BABCOCK BAR, *et al*. ]<br>]<br>*Defendants*. ]<br>_____] | Case No. SA-07-CA-0695-XR |

**PLAINTIFF'S JUNE 16, 2008 NOTICE OF FILING CONSENT**

Pursuant to 29 U.S.C. § 216(b), the following individual hereby submits a written Notice of Consent:

1. Lynn Avery.

Respectfully submitted,

**BRUCKNER BURCH PLLC**

                              /S/ Richard J. Burch
By: _____
      Richard J. (Rex) Burch
      S.D. Tex. No. 21615
      State Bar No. 24001807
1415 Louisiana St., Suite 2125
Houston, Texas 77002
Telephone: (713) 877-8788
Telecopier: (713) 877-8065

**AND**

1

**DEBES LAW FIRM**
Robert R. Debes, Jr.
State Bar No. 05626150
Federal ID No. 12308
17 South Briar Hollow Lane,
Suite 302
Houston, Texas 77027
Telephone: (713) 623-0900
Facsimile: (713) 623-0951

## CERTIFICATE OF CONFERENCE

This filing does not seek an order from, nor require any action by, the Court. Accordingly, no certificate of conference is required.

**/S/ Richard J. Burch**
_____
Richard J. Burch

## CERTIFICATE OF SERVICE

A copy of Plaintiff's June 16, 2008 Notice of Filing Consent was served on all parties via the Court's electronic filing system.

**/S/ Richard J. Burch**
_____
Richard J. Burch

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JOHNNY BERNAL, on Behalf of Himself and Others Similarly Situated, ]<br><br>*Plaintiff*,<br><br>v.<br><br>VANKAR ENTERPRISES, INC. d/b/a, BABCOCK BAR, *et al*.<br><br>*Defendants*. | Case No. SA-07-CA-0695-XR |

### NOTICE OF CONSENT

I consent to be a party plaintiff in a suit to recover unpaid wages under the Fair Labor Standards Act (FLSA). To the fullest extent allowed by law, I designate the named plaintiff, Johnny Bernal (the "Representative Plaintiff"), to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, and all other matters pertaining to this lawsuit. I will be bound by the decisions made by the Representative Plaintiff. I agree to be bound by the contingent fee contract signed by the Representative Plaintiff and the lawyers representing the workers in this case.

LYNN AVERY
Printed Name

*/s/ Lynn Avery*
Signature

1