| First Name | Last Name | MW Owed | Wages | Total w/ Liq |
|------------|-----------|---------|-------|--------------|
| Christina | Arriaga | $ 12.11 | $ 440.92 | $ 881.84 |
| Charles | Atkinson | no records | no records | no records |
| Lynn | Avery | no records | no records | no records |
| John | Bernal | $ 241.56 | $ 2,086.02 | $ 4,172.04 |
| Alicia | Berry | $ - | $ 184.22 | $ 368.44 |
| Stephanie | Bowers | $ 102.67 | $ 2,573.04 | $ 5,146.08 |
| Anthony | Buttitta | no records | no records | no records |
| Ernest | Chandonnet | $ 159.41 | $ 613.06 | $ 1,226.12 |
| Megan (Meaghan) | Cooper | no records | no records | no records |
| Albert | Denn | $ 499.88 | $ 3,267.64 | $ 6,535.28 |
| Amanda | Eavenson | $ - | $ 4,345.60 | $ 8,691.20 |
| Brittnay | Elliott | $ 249.69 | $ 2,677.16 | $ 5,354.32 |
| Stephanie | Hilderbrand | no records | no records | no records |
| Dayna | Littlejohn | $ 57.05 | $ 682.52 | $ 1,365.04 |
| David | Mallery | no records | no records | no records |
| Mimi | Morrison | $ 14.60 | $ 208.38 | $ 416.76 |
| Carl | Oelfke | $ 8.75 | $ 401.35 | $ 802.70 |
| Alisa | Richter | $ 189.82 | $ 7,863.46 | $ 15,726.92 |
| Aaron | Rodriguez | $ 22.24 | $ 712.72 | $ 1,425.44 |
| Ian | Smith | $ - | $ 860.70 | $ 1,721.40 |
| Edward | Toma | $ - | $ 4,848.33 | $ 9,696.66 |

**LEGEND**

MW Owed = Minimum wage owed even if tips are considered
Wages = Total minimum and overtime wages owed if no tip credit
Total w/ Liq = Total damages owed if no tip credit

no records = defendants did not produce records for the individual

**Exhibit H**

| Name | Date | Reg. Hrs | OT Hrs | Wages | Tips | Total Pay | Rate per Hr | MW Owed | Tip Credit | OT Owed |
|------|------|----------|--------|-------|------|-----------|-------------|---------|------------|---------|
| Aaron A. Rodriguez | 1/16/2007 | 30 | 0 | 63.9 | 68.36 | 132.26 | $ 4.41 | $ 22.24 | $ 90.60 | $ - |
| Aaron A. Rodriguez | 2/1/2007 | 71 | 0 | 151.23 | 240.42 | 391.65 | $ 5.52 | $ - | $ 214.42 | $ - |
| Aaron A. Rodriguez | 2/16/2007 | 61 | 0 | 129.93 | 249.98 | 379.91 | $ 6.23 | $ - | $ 184.22 | $ - |
| Aaron A. Rodriguez | 3/1/2007 | 46 | 0 | 97.98 | 501.84 | 599.82 | $ 13.04 | $ - | $ 138.92 | $ - |
| Aaron A. Rodriguez | 3/16/2007 | 28 | 0 | 59.64 | 125.53 | 185.17 | $ 6.61 | $ - | $ 84.56 | $ - |
| | | | | | | | | $ 22.24 | $ 712.72 | $ - |

Wages        $  712.72
Total w/Liq  $ 1,425.44

| Name | Date | Reg. Hrs | OT Hrs | Wages | Tips | Total Pay | Rate per Hr | MW Owed | Tip Credit | OT Owed |
|------|------|----------|--------|-------|------|-----------|-------------|---------|-----------|---------|
| Albert M. Denn | 5/16/2006 | 7 | 0 | $ 14.91 | $ 24.50 | $ 39.41 | $ 5.63 | $ - | $ 21.14 | $ - |
| Albert M. Denn | 6/1/2006 | 7 | 0 | $ 14.91 | $ 22.40 | $ 37.31 | $ 5.33 | $ - | $ 21.14 | $ - |
| Albert M. Denn | 7/16/2006 | 56 | 0 | $ 119.28 | $ 133.03 | $ 252.31 | $ 4.51 | $ 36.09 | $ 169.12 | $ - |
| Albert M. Denn | 8/1/2006 | 21 | 0 | $ 44.73 | $ 45.74 | $ 90.47 | $ 4.31 | $ 17.68 | $ 63.42 | $ - |
| Albert M. Denn | 8/16/2006 | 7 | 0 | $ 14.91 | $ 23.25 | $ 38.16 | $ 5.45 | $ - | $ 21.14 | $ - |
| Albert M. Denn | 9/1/2006 | 42 | 0 | $ 89.46 | $ 84.03 | $ 173.49 | $ 4.13 | $ 42.81 | $ 126.84 | $ - |
| Albert M. Denn | 9/16/2006 | 43 | 0 | $ 91.59 | $ 88.13 | $ 179.72 | $ 4.18 | $ 41.73 | $ 129.86 | $ - |
| Albert M. Denn | 10/1/2006 | 21 | 0 | $ 44.73 | $ 15.96 | $ 60.69 | $ 2.89 | $ 47.46 | $ 63.42 | $ - |
| Albert M. Denn | 10/16/2006 | 37 | 0 | $ 78.81 | $ 215.83 | $ 294.64 | $ 7.96 | $ - | $ 111.74 | $ - |
| Albert M. Denn | 11/1/2006 | 52 | 0 | $ 110.76 | $ 99.22 | $ 209.98 | $ 4.04 | $ 57.82 | $ 157.04 | $ - |
| Albert M. Denn | 11/16/2006 | 57 | 0 | $ 121.41 | $ 123.41 | $ 244.82 | $ 4.30 | $ 48.73 | $ 172.14 | $ - |
| Albert M. Denn | 12/1/2006 | 50 | 0 | $ 106.50 | $ 90.71 | $ 197.21 | $ 3.94 | $ 60.29 | $ 151.00 | $ - |
| Albert M. Denn | 12/16/2006 | 29 | 0 | $ 61.77 | $ 61.25 | $ 123.02 | $ 4.24 | $ 26.33 | $ 87.58 | $ - |
| Albert M. Denn | 1/1/2007 | 52 | 0 | $ 110.76 | $ 157.70 | $ 268.46 | $ 5.16 | $ - | $ 157.04 | $ - |
| Albert M. Denn | 1/16/2007 | 74 | 0 | $ 157.62 | $ 118.90 | $ 276.52 | $ 3.74 | $ 104.58 | $ 223.48 | $ - |
| Albert M. Denn | 2/1/2007 | 48 | 0 | $ 102.24 | $ 143.84 | $ 246.08 | $ 5.13 | $ 1.12 | $ 144.96 | $ - |
| Albert M. Denn | 2/16/2007 | 45 | 0 | $ 95.85 | $ 169.80 | $ 265.65 | $ 5.90 | $ - | $ 135.90 | $ - |
| Albert M. Denn | 3/1/2007 | 28 | 0 | $ 59.64 | $ 69.32 | $ 128.96 | $ 4.61 | $ 15.24 | $ 84.56 | $ - |
| Albert M. Denn | 3/16/2007 | 63 | 0 | $ 134.19 | $ 429.74 | $ 563.93 | $ 8.95 | $ - | $ 190.26 | $ - |
| Albert M. Denn | 4/1/2007 | 56 | 0 | $ 119.28 | $ 456.44 | $ 575.72 | $ 10.28 | $ - | $ 169.12 | $ - |
| Albert M. Denn | 4/16/2007 | 63 | 0 | $ 134.19 | $ 426.62 | $ 560.81 | $ 8.90 | $ - | $ 190.26 | $ - |
| Albert M. Denn | 5/1/2007 | 56 | 0 | $ 119.28 | $ 220.92 | $ 340.20 | $ 6.08 | $ - | $ 169.12 | $ - |
| Albert M. Denn | 5/16/2007 | 63 | 0 | $ 134.19 | $ 196.22 | $ 330.41 | $ 5.24 | $ - | $ 190.26 | $ - |
| Albert M. Denn | 6/1/2007 | 35 | 0 | $ 74.55 | $ 115.02 | $ 189.57 | $ 5.42 | $ - | $ 105.70 | $ - |
| Albert M. Denn | 6/16/2007 | 49 | 0 | $ 104.37 | $ 235.72 | $ 340.09 | $ 6.94 | $ - | $ 147.98 | $ - |
| Albert M. Denn | 7/1/2007 | 21 | 0 | $ 44.73 | $ 67.57 | $ 112.30 | $ 5.35 | $ - | $ 63.42 | $ - |
| | | | | | | | | $ 499.88 | $ 3,267.64 | $ - |

Wages        $ 3,267.64
Total w/ Liq   $ 6,535.28

| Name | Date | Reg. Hrs | OT Hrs | Wages | Tips | Total Pay | Rate per Hr | MW Owed | Tip Credit | OT Owed |
|------|------|---------|--------|-------|------|-----------|-------------|---------|-----------|---------|
| Alicia R. Berry | 7/1/2007 | 33 | 0 | 70.29 | 258.15 | 328.44 | $ 9.95 | $ - | $ 99.66 | $ - |
| Alicia R. Berry | 7/16/2007 | 28 | 0 | 59.64 | 252.61 | 312.25 | $ 11.15 | $ - | $ 84.56 | $ - |
| | | | | | | | | $ - | $ 184.22 | $ - |

| | |
|------|------|
| Wages | $ 184.22 |
| With Liq | $ 368.44 |

| Name | Date | Regular Hours | OT Hours | Pay | Total Tips | Total Pay | Hourly Rate | MW Owed | Tip Credit | OT Owed |
|------|------|---------------|----------|-----|------------|-----------|-------------|---------|------------|---------|
| Alisa M. Richter | 3/31/2005 | 0 | 0 | 553.76 | 4711.1 | 5264.86 | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Alisa M. Richter | 4/1/2005 | 60 | 0 | 127.8 | 605.8 | 733.6 | $ 12.23 | $ - | $ 181.20 | $ - |
| Alisa M. Richter | 4/16/2005 | 60 | 0 | 127.8 | 50.69 | 178.49 | $ 2.97 | $ 130.51 | $ 181.20 | $ - |
| Alisa M. Richter | 5/1/2005 | 50 | 0 | 106.5 | 153.29 | 259.79 | $ 5.20 | $ - | $ 151.00 | $ - |
| Alisa M. Richter | 5/16/2006 | 55 | 0 | 117.15 | 249.23 | 366.38 | $ 6.66 | $ - | $ 166.10 | $ - |
| Alisa M. Richter | 6/1/2005 | 65 | 0 | 138.45 | 315.81 | 454.26 | $ 6.99 | $ - | $ 196.30 | $ - |
| Alisa M. Richter | 6/16/2005 | 60 | 0 | 127.8 | 319.51 | 447.31 | $ 7.46 | $ - | $ 181.20 | $ - |
| Alisa M. Richter | 7/1/2005 | 60 | 0 | 127.8 | 404.44 | 532.24 | $ 8.87 | $ - | $ 181.20 | $ - |
| Alisa M. Richter | 7/16/2005 | 40 | 0 | 85.2 | 550.55 | 635.75 | $ 15.89 | $ - | $ 120.80 | $ - |
| Alisa M. Richter | 8/1/2005 | 30 | 0 | 63.9 | 255.17 | 319.07 | $ 10.64 | $ - | $ 90.60 | $ - |
| Alisa M. Richter | 8/21/2005 | 60 | 0 | 127.8 | 444.13 | 571.93 | $ 9.53 | $ - | $ 181.20 | $ - |
| Alisa M. Richter | 9/1/2005 | 55 | 0 | 117.15 | 392.65 | 509.8 | $ 9.27 | $ - | $ 166.10 | $ - |
| Alisa M. Richter | 11/1/2005 | 60 | 0 | 127.8 | 393.77 | 521.57 | $ 8.69 | $ - | $ 181.20 | $ - |
| Alisa M. Richter | 11/16/2005 | 55 | 0 | 117.15 | 379.58 | 496.73 | $ 9.03 | $ - | $ 166.10 | $ - |
| Alisa M. Richter | 12/1/2005 | 25 | 0 | 53.25 | 233.22 | 286.47 | $ 11.46 | $ - | $ 75.50 | $ - |
| Alisa M. Richter | 12/16/2005 | 35 | 0 | 74.55 | 372.68 | 447.23 | $ 12.78 | $ - | $ 105.70 | $ - |
| Alisa M. Richter | 1/16/2006 | 40 | 0 | 85.2 | 304.7 | 389.9 | $ 9.75 | $ - | $ 120.80 | $ - |
| Alisa M. Richter | 2/1/2006 | 65 | 0 | 138.45 | 616.38 | 754.83 | $ 11.61 | $ - | $ 196.30 | $ - |
| Alisa M. Richter | 2/16/2006 | 50 | 0 | 106.5 | 413.63 | 520.13 | $ 10.40 | $ - | $ 151.00 | $ - |
| Alisa M. Richter | 3/1/2006 | 40 | 0 | 85.2 | 336.62 | 421.82 | $ 10.55 | $ - | $ 120.80 | $ - |
| Alisa M. Richter | 3/16/2006 | 60 | 0 | 127.8 | 397.71 | 525.51 | $ 8.76 | $ - | $ 181.20 | $ - |
| Alisa M. Richter | 4/1/2006 | 60 | 0 | 127.8 | 362.05 | 489.85 | $ 8.16 | $ - | $ 181.20 | $ - |
| Alisa M. Richter | 4/16/2006 | 50 | 0 | 106.5 | 349.75 | 456.25 | $ 9.13 | $ - | $ 151.00 | $ - |
| Alisa M. Richter | 5/1/2006 | 54 | 0 | 115.02 | 272.07 | 387.09 | $ 7.17 | $ - | $ 163.08 | $ - |
| Alisa M. Richter | 5/16/2006 | 60 | 0 | 127.8 | 288.86 | 416.66 | $ 6.94 | $ - | $ 181.20 | $ - |
| Alisa M. Richter | 6/1/2006 | 65 | 0 | 138.45 | 318.55 | 457 | $ 7.03 | $ - | $ 196.30 | $ - |
| Alisa M. Richter | 6/16/2006 | 35 | 0 | 74.55 | 116.9 | 191.45 | $ 5.47 | $ - | $ 105.70 | $ - |
| Alisa M. Richter | 7/1/2006 | 50 | 0 | 106.5 | 204.35 | 310.85 | $ 6.22 | $ - | $ 151.00 | $ - |
| Alisa M. Richter | 7/16/2006 | 50 | 0 | 106.5 | 210.53 | 317.03 | $ 6.34 | $ - | $ 151.00 | $ - |
| Alisa M. Richter | 8/1/2006 | 25 | 0 | 53.25 | 141.75 | 195 | $ 7.80 | $ - | $ 75.50 | $ - |
| Alisa M. Richter | 8/17/2006 | 5 | 0 | 10.65 | 19.74 | 30.39 | $ 6.08 | $ - | $ 15.10 | $ - |
| Alisa M. Richter | 9/1/2006 | 60 | 0 | 127.8 | 257.54 | 385.34 | $ 6.42 | $ - | $ 181.20 | $ - |
| Alisa M. Richter | 9/16/2006 | 40 | 0 | 85.2 | 181.65 | 266.85 | $ 6.67 | $ - | $ 120.80 | $ - |
| Alisa M. Richter | 10/1/2006 | 50 | 0 | 106.5 | 170.14 | 276.64 | $ 5.53 | $ - | $ 151.00 | $ - |
| Alisa M. Richter | 10/16/2006 | 50 | 0 | 106.5 | 472.44 | 578.94 | $ 11.58 | $ - | $ 151.00 | $ - |
| Alisa M. Richter | 11/1/2006 | 55 | 0 | 117.15 | 260.88 | 378.03 | $ 6.87 | $ - | $ 166.10 | $ - |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alisa M. Richter | 11/16/2006 | 35 | 0 | 74.55 | 46.39 | 120.94 | $ | 3.46 | $ | 59.31 | $ | 105.70 | $ - |
| Alisa M. Richter | 12/1/2006 | 35 | 0 | 74.55 | 186.35 | 260.9 | $ | 7.45 | $ | - | $ | 105.70 | $ - |
| Alisa M. Richter | 12/16/2006 | 55 | 0 | 117.15 | 196.78 | 313.93 | $ | 5.71 | $ | - | $ | 166.10 | $ - |
| Alisa M. Richter | 1/1/2007 | 45 | 0 | 95.85 | 219.6 | 315.45 | $ | 7.01 | $ | - | $ | 135.90 | $ - |
| Alisa M. Richter | 1/16/2007 | 45 | 0 | 95.85 | 157.51 | 253.36 | $ | 5.63 | $ | - | $ | 135.90 | $ - |
| Alisa M. Richter | 2/1/2007 | 55 | 0 | 117.15 | 290.53 | 407.68 | $ | 7.41 | $ | - | $ | 166.10 | $ - |
| Alisa M. Richter | 2/16/2007 | 60 | 0 | 127.8 | 513.45 | 641.25 | $ | 10.69 | $ | - | $ | 181.20 | $ - |
| Alisa M. Richter | 3/1/2007 | 41 | 0 | 87.33 | 476.04 | 563.37 | $ | 13.74 | $ | - | $ | 123.82 | $ - |
| Alisa M. Richter | 3/16/2007 | 43 | 0 | 91.59 | 432.9 | 524.49 | $ | 12.20 | $ | - | $ | 129.86 | $ - |
| Alisa M. Richter | 4/1/2007 | 55 | 0 | 117.15 | 472.66 | 589.81 | $ | 10.72 | $ | - | $ | 166.10 | $ - |
| Alisa M. Richter | 4/16/2007 | 45 | 0 | 95.85 | 343.5 | 439.35 | $ | 9.76 | $ | - | $ | 135.90 | $ - |
| Alisa M. Richter | 5/1/2007 | 55 | 0 | 117.15 | 420.45 | 537.6 | $ | 9.77 | $ | - | $ | 166.10 | $ - |
| Alisa M. Richter | 5/16/2007 | 55 | 0 | 117.15 | 497.35 | 614.5 | $ | 11.17 | $ | - | $ | 166.10 | $ - |
| Alisa M. Richter | 6/1/2007 | 60 | 0 | 127.8 | 608.69 | 736.49 | $ | 12.27 | $ | - | $ | 181.20 | $ - |
| Alisa M. Richter | 6/16/2007 | 55 | 0 | 117.15 | 531.92 | 649.07 | $ | 11.80 | $ | - | $ | 166.10 | $ - |
| Alisa M. Richter | 7/1/2007 | 50 | 0 | 106.5 | 523.86 | 630.36 | $ | 12.61 | $ | - | $ | 151.00 | $ - |
| Alisa M. Richter | 7/16/2007 | 50 | 0 | 106.5 | 443.77 | 550.27 | $ | 11.01 | $ | - | $ | 151.00 | $ - |
| Alisa M. Richter | 8/1/2007 | 25 | 0 | 53.25 | 219.91 | 273.16 | $ | 10.93 | $ | - | $ | 93.00 | $ - |
| | | | | | | | $ | 189.82 | $7,863.46 | | $ - | | |

Wages       $   7,863.46
Total w/Liq  $  15,726.92

| Name | Date | Reg. Hrs | OT Hrs | Wages | Tips | Total Pay | Rate per Hr | MW Owed | Tip Credit | OT Owed |
|------|------|---------|--------|-------|------|-----------|-------------|---------|-----------|---------|
| Amanda L. Eavenson | 8/16/2005 | 21 | 0 | $ 44.73 | $226.06 | 270.79 | $ 12.89 | $ - | $ 63.42 | $ - |
| Amanda L. Eavenson | 9/1/2005 | 49 | 0 | $ 104.37 | $553.58 | 657.95 | $ 13.43 | $ - | $ 147.98 | $ - |
| Amanda L. Eavenson | 11/1/2005 | 70 | 0 | $ 149.10 | $887.62 | 1036.72 | $ 14.81 | $ - | $ 211.40 | $ - |
| Amanda L. Eavenson | 11/16/2005 | 70 | 0 | $ 149.10 | $936.75 | 1085.85 | $ 15.51 | $ - | $ 211.40 | $ - |
| Amanda L. Eavenson | 12/1/2005 | 28 | 0 | $ 59.64 | $443.08 | 502.72 | $ 17.95 | $ - | $ 84.56 | $ - |
| Amanda L. Eavenson | 12/16/2005 | 7 | 0 | $ 14.91 | $ 85.81 | 350.72 | $ 50.10 | $ - | $ 21.14 | $ - |
| Amanda L. Eavenson | 12/16/2005 | 0 | 0 | $ 250.00 | $ - | 250 | $ - | $ - | $ - | $ - |
| Amanda L. Eavenson | 1/16/2006 | 28 | 0 | $ 59.64 | $287.36 | 597 | $ 21.32 | $ - | $ 84.56 | $ - |
| Amanda L. Eavenson | 1/16/2006 | 0 | 0 | $ 250.00 | $ - | 250 | $ - | $ - | $ - | $ - |
| Amanda L. Eavenson | 2/1/2006 | 73 | 0 | $ 155.49 | $540.84 | 946.33 | $ 12.96 | $ - | $ 220.46 | $ - |
| Amanda L. Eavenson | 2/1/2006 | 0 | 0 | $ 250.00 | $ - | 250 | $ - | $ - | $ - | $ - |
| Amanda L. Eavenson | 2/16/2006 | 37 | 0 | $ 78.81 | $236.98 | 565.79 | $ 15.29 | $ - | $ 111.74 | $ - |
| Amanda L. Eavenson | 2/16/2006 | 0 | 0 | $ 250.00 | $ - | 250 | $ - | $ - | $ - | $ - |
| Amanda L. Eavenson | 3/1/2006 | 0 | 0 | $ 250.00 | $ - | 250 | $ - | $ - | $ - | $ - |
| Amanda L. Eavenson | 3/1/2006 | 29 | 0 | $ 61.77 | $248.70 | 560.47 | $ 19.33 | $ - | $ 87.58 | $ - |
| Amanda L. Eavenson | 3/16/2006 | 80 | 11 | $ 205.54 | $324.87 | 780.41 | $ 8.58 | $ - | $ 274.82 | $ 61.60 |
| Amanda L. Eavenson | 3/16/2006 | 0 | 0 | $ 250.00 | $ - | 250 | $ - | $ - | $ - | $ - |
| Amanda L. Eavenson | 4/1/2006 | 0 | 0 | $ 250.00 | $ - | 250 | $ - | $ - | $ - | $ - |
| Amanda L. Eavenson | 4/1/2006 | 80 | 10 | $ 202.35 | $334.77 | 787.12 | $ 8.75 | $ - | $ 271.80 | $ 56.00 |
| Amanda L. Eavenson | 4/16/2006 | 0 | 0 | $ 250.00 | $ - | 250 | $ - | $ - | $ - | $ - |
| Amanda L. Eavenson | 4/16/2006 | 50 | 0 | $ 106.50 | $208.15 | 564.65 | $ 11.29 | $ - | $ 151.00 | $ - |
| Amanda L. Eavenson | 5/1/2006 | 63 | 0 | $ 134.19 | $215.67 | 599.86 | $ 9.52 | $ - | $ 190.26 | $ - |
| Amanda L. Eavenson | 5/1/2006 | 0 | 0 | $ 250.00 | $ - | 250 | $ - | $ - | $ - | $ - |
| Amanda L. Eavenson | 5/16/2006 | 80 | 0 | $ 170.40 | $261.48 | 681.88 | $ 8.52 | $ - | $ 241.60 | $ - |
| Amanda L. Eavenson | 5/16/2006 | 0 | 0 | $ 250.00 | $ - | 250 | $ - | $ - | $ - | $ - |
| Amanda L. Eavenson | 6/1/2006 | 0 | 0 | $ 250.00 | $ - | 250 | $ - | $ - | $ - | $ - |
| Amanda L. Eavenson | 6/1/2006 | 76 | 0 | $ 161.88 | $271.16 | 683.04 | $ 8.99 | $ - | $ 229.52 | $ - |
| Amanda L. Eavenson | 6/16/2006 | 0 | 0 | $ 250.00 | $ - | 250 | $ - | $ - | $ - | $ - |
| Amanda L. Eavenson | 6/16/2006 | 26 | 0 | $ 55.38 | $ 64.15 | 369.53 | $ 14.21 | $ - | $ 78.52 | $ - |
| Amanda L. Eavenson | 7/1/2006 | 52 | 0 | $ 110.76 | $118.33 | 479.09 | $ 9.21 | $ - | $ 157.04 | $ - |
| Amanda L. Eavenson | 7/1/2006 | 0 | 0 | $ 250.00 | $ - | 250 | $ - | $ - | $ - | $ - |
| Amanda L. Eavenson | 7/16/2006 | 52 | 0 | $ 110.76 | $189.18 | 549.94 | $ 10.58 | $ - | $ 157.04 | $ - |
| Amanda L. Eavenson | 7/16/2006 | 0 | 0 | $ 250.00 | $ - | 250 | $ - | $ - | $ - | $ - |
| Amanda L. Eavenson | 8/1/2006 | 19 | 0 | $ 40.47 | $ 88.49 | 378.96 | $ 19.95 | $ - | $ 57.38 | $ - |
| Amanda L. Eavenson | 8/1/2006 | 0 | 0 | $ 250.00 | $ - | 250 | $ - | $ - | $ - | $ - |
| Amanda L. Eavenson | 8/16/2006 | 0 | 0 | $ 250.00 | $ - | 250 | $ - | $ - | $ - | $ - |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Amanda L. Eavenson | 8/16/2006 | 7 | 0 | $ 14.91 | $ 12.33 | 277.24 | $ 39.61 | $ | - | $ 21.14 | $ | - |
| Amanda L. Eavenson | 9/1/2006 | 54 | 0 | $ 115.02 | $ 182.97 | 547.99 | $ 10.15 | $ | - | $ 163.08 | $ | - |
| Amanda L. Eavenson | 9/1/2006 | 0 | 0 | $ 250.00 | $    - | 250 | $ - | $ | - | $ - | $ | - |
| Amanda L. Eavenson | 9/16/2006 | 0 | 0 | $ 250.00 | $    - | 250 | $ - | $ | - | $ - | $ | - |
| Amanda L. Eavenson | 9/16/2006 | 70 | 0 | $ 149.10 | $ 184.10 | 583.2 | $ 8.33 | $ | - | $ 211.40 | $ | - |
| Amanda L. Eavenson | 10/1/2006 | 56 | 0 | $ 119.28 | $ 148.76 | 518.04 | $ 9.25 | $ | - | $ 169.12 | $ | - |
| Amanda L. Eavenson | 10/1/2006 | 0 | 0 | $ 250.00 | $    - | 250 | $ - | $ | - | $ - | $ | - |
| Amanda L. Eavenson | 10/16/2006 | 0 | 0 | $ 200.00 | $    - | 200 | $ - | $ | - | $ - | $ | - |
| Amanda L. Eavenson | 10/16/2006 | 33 | 0 | $ 70.29 | $ 314.48 | 584.77 | $ 17.72 | $ | - | $ 99.66 | $ | - |
| Amanda L. Eavenson | 11/1/2006 | 57 | 0 | $ 121.41 | $ 163.24 | 484.65 | $ 8.50 | $ | - | $ 172.14 | $ | - |
| Amanda L. Eavenson | 11/1/2006 | 0 | 0 | $ 200.00 | $    - | 200 | $ - | $ | - | $ - | $ | - |
| Amanda L. Eavenson | 11/16/2006 | 0 | 0 | $ 200.00 | $    - | 200 | $ - | $ | - | $ - | $ | - |
| Amanda L. Eavenson | 11/16/2006 | 38 | 0 | $ 80.94 | $ 38.46 | 319.4 | $ 8.41 | $ | - | $ 114.76 | $ | - |
| Amanda L. Eavenson | 12/1/2006 | 0 | 0 | $ 200.00 | $    - | 200 | $ - | $ | - | $ - | $ | - |
| Amanda L. Eavenson | 12/1/2006 | 29 | 0 | $ 61.77 | $ 66.60 | 328.37 | $ 11.32 | $ | - | $ 87.58 | $ | - |
| Amanda L. Eavenson | 12/16/2006 | 0 | 0 | $ 50.00 | $    - | 50 | $ - | $ | - | $ - | $ | - |
| Amanda L. Eavenson | 1/1/2007 | 45 | 0 | $ 95.85 | $ 149.28 | 295.13 | $ 6.56 | $ | - | $ 135.90 | $ | - |
| | | | | | | | | $ | - | $ 4,228.00 | $ | 117.60 |

Wages        $ 4,345.60
Total w/Liq   $ 8,691.20

| Name | Date | Reg. Hrs | OT Hrs | Wages | Tips | Total Pay | Rate per Hr | MW Owed | Tip Credit | OT Owed |
|------|------|----------|--------|-------|------|-----------|-------------|---------|------------|---------|
| Brittany L. Elliott | 11/16/2006 | 31 | 0 | $663.03 | $61.62 | $724.65 | $ 23.38 | $ - | $ - | $ - |
| Brittany L. Elliott | 12/1/2006 | 80 | 18 | $227.91 | $180.74 | $408.65 | $ 4.17 | $ 96.41 | $ 295.96 | $ 100.80 |
| Brittany L. Elliott | 12/16/2006 | 74 | 0 | $157.62 | $203.83 | $361.45 | $ 4.88 | $ 19.65 | $ 223.48 | $ - |
| Brittany L. Elliott | 1/1/2007 | 52 | 0 | $110.76 | $81.07 | $191.83 | $ 3.69 | $ 75.97 | $ 157.04 | $ - |
| Brittany L. Elliott | 1/16/2007 | 40 | 0 | $85.20 | $66.70 | $151.90 | $ 3.80 | $ 54.10 | $ 120.80 | $ - |
| Brittany L. Elliott | 2/1/2007 | 45 | 0 | $95.85 | $136.03 | $231.88 | $ 5.15 | $ - | $ 135.90 | $ - |
| Brittany L. Elliott | 2/1/2007 | 6 | 0 | $12.78 | $14.56 | $27.34 | $ 4.56 | $ 3.56 | $ 18.12 | $ - |
| Brittany L. Elliott | 2/16/2007 | 47 | 0 | $100.11 | $147.52 | $247.63 | $ 5.27 | $ - | $ 141.94 | $ - |
| Brittany L. Elliott | 3/1/2007 | 56 | 0 | $119.28 | $333.22 | $452.50 | $ 8.08 | $ - | $ 169.12 | $ - |
| Brittany L. Elliott | 3/16/2007 | 28 | 0 | $59.64 | $136.36 | $196.00 | $ 7.00 | $ - | $ 84.56 | $ - |
| Brittany L. Elliott | 4/1/2007 | 42 | 0 | $89.46 | $326.29 | $415.75 | $ 9.90 | $ - | $ 126.84 | $ - |
| Brittany L. Elliott | 4/16/2007 | 28 | 0 | $59.64 | $260.38 | $320.02 | $ 11.43 | $ - | $ 84.56 | $ - |
| Brittany L. Elliott | 5/1/2007 | 35 | 0 | $74.55 | $136.29 | $210.84 | $ 6.02 | $ - | $ 105.70 | $ - |
| Brittany L. Elliott | 5/16/2007 | 35 | 0 | $74.55 | $117.74 | $192.29 | $ 5.49 | $ - | $ 105.70 | $ - |
| Brittany L. Elliott | 6/1/2007 | 28 | 0 | $59.64 | $105.20 | $164.84 | $ 5.89 | $ - | $ 84.56 | $ - |
| Brittany L. Elliott | 6/16/2007 | 5 | 0 | $10.65 | $80.86 | $91.51 | $ 18.30 | $ - | $ 15.10 | $ - |
| Brittany L. Elliott | 6/16/2007 | 42 | 0 | $89.46 | $163.59 | $253.05 | $ 6.03 | $ - | $ 126.84 | $ - |
| Brittany L. Elliott | 7/1/2007 | 10 | 0 | $21.30 | $166.54 | $187.84 | $ 18.78 | $ - | $ 30.20 | $ - |
| Brittany L. Elliott | 7/1/2007 | 54 | 0 | $115.02 | $175.12 | $290.14 | $ 5.37 | $ - | $ 163.08 | $ - |
| Brittany L. Elliott | 7/16/2007 | 73 | 0 | $155.49 | $271.02 | $426.51 | $ 5.84 | $ - | $ 220.46 | $ - |
| Brittany L. Elliott | 8/1/2007 | 28 | 0 | $59.64 | $120.20 | $179.84 | $ 6.42 | $ - | $ 84.56 | $ - |
| Brittany L. Elliott | 8/16/2007 | 22 | 0 | $46.86 | $104.61 | $151.47 | $ 6.89 | $ - | $ 81.84 | $ - |
| | | | | | | | | $ 249.69 | $ 2,576.36 | $ 100.80 |

Wages Owed     $2,677.16
Total Damages   $5,354.32

| Name | Date | Reg. Hrs | OT Hrs | Wages | Tips | Total Pay | Rate per Hr | MW Owed | Tip Credit | OT Owed |
|------|------|----------|--------|-------|------|-----------|-------------|---------|------------|---------|
| Carl W. Oelfke | 2/1/2007 | 9 | 0 | $ 19.17 | $ 36.34 | $ 55.51 | $ 6.17 | $ - | $ 27.18 | $ - |
| Carl W. Oelfke | 2/16/2007 | 15 | 0 | $ 31.95 | $ 124.09 | $ 156.04 | $ 10.40 | $ - | $ 45.30 | $ - |
| Carl W. Oelfke | 3/1/2007 | 7 | 0 | $ 14.91 | $ 80.67 | $ 95.58 | $ 13.65 | $ - | $ 21.14 | $ - |
| Carl W. Oelfke | 3/16/2007 | 26 | 0 | $ 55.38 | $ 128.16 | $ 183.54 | $ 7.06 | $ - | $ 78.52 | $ - |
| Carl W. Oelfke | 4/1/2007 | 8 | 0 | $ 17.04 | $ 53.80 | $ 70.84 | $ 8.86 | $ - | $ 24.16 | $ - |
| Carl W. Oelfke | 4/16/2007 | 11 | 0 | $ 23.43 | $ 52.54 | $ 75.97 | $ 6.91 | $ - | $ 33.22 | $ - |
| Carl W. Oelfke | 5/1/2007 | 7 | 0 | $ 14.91 | $ 12.39 | $ 27.30 | $ 3.90 | $ 8.75 | $ 21.14 | $ - |
| Carl W. Oelfke | 5/16/2007 | 3 | 0 | $ 6.39 | $ 63.50 | $ 69.89 | $ 23.30 | $ - | $ 9.06 | $ - |
| Carl W. Oelfke | 6/1/2007 | 3 | 0 | $ 6.39 | $ 65.39 | $ 71.78 | $ 23.93 | $ - | $ 9.06 | $ - |
| Carl W. Oelfke | 6/16/2007 | 11 | 0 | $ 23.43 | $ 112.45 | $ 135.88 | $ 12.35 | $ - | $ 33.22 | $ - |
| Carl W. Oelfke | 7/1/2007 | 12 | 0 | $ 25.56 | $ 108.04 | $ 133.60 | $ 11.13 | $ - | $ 36.24 | $ - |
| Carl W. Oelfke | 7/16/2007 | 12 | 0 | $ 25.56 | $ 95.50 | $ 121.06 | $ 10.09 | $ - | $ 36.24 | $ - |
| Carl W. Oelfke | 8/1/2007 | 6 | 0 | $ 12.78 | $ 54.89 | $ 67.67 | $ 11.28 | $ - | $ 18.12 | $ - |
| | | | | | | | | $ 8.75 | $ 392.60 | $ - |

Total Wages    $ 392.60
Total Damages  $ 785.20

| Name | Date | Reg. Hrs | OT Hrs | Wages | Tips | Total Pay | Rate per Hr | MW Owed | Tip Credit | OT Owed |
|------|------|---------|--------|-------|------|-----------|-------------|---------|------------|---------|
| Christina M. Arriaga | 1/16/2007 | 21 | 0 | $ 44.73 | $ 51.31 | $ 96.04 | $ 4.57 | $ 12.11 | $ 63.42 | $ - |
| Christina M. Arriaga | 2/1/2007 | 20 | 0 | $ 42.60 | $ 101.47 | $ 144.07 | $ 7.20 | $ - | $ 60.40 | $ - |
| Christina M. Arriaga | 2/16/2007 | 15 | 0 | $ 31.95 | $ 86.42 | $ 118.37 | $ 7.89 | $ - | $ 45.30 | $ - |
| Christina M. Arriaga | 3/1/2007 | 20 | 0 | $ 42.60 | $ 74.12 | $ 116.72 | $ 5.84 | $ - | $ 60.40 | $ - |
| Christina M. Arriaga | 3/16/2007 | 32 | 0 | $ 68.16 | $ 252.17 | $ 320.33 | $ 10.01 | $ - | $ 96.64 | $ - |
| Christina M. Arriaga | 4/1/2007 | 38 | 0 | $ 80.94 | $ 160.29 | $ 241.23 | $ 6.35 | $ - | $ 114.76 | $ - |
| | | | | | | | | $ 12.11 | $ 440.92 | $ - |

Wages    $ 440.92
W/Liq    $ 881.84

| Name | Date | Reg. Hrs | OT Hrs | Wages | Tips | Total Pay | Rate per Hr | MW Owed | Tip Credit | OT Owed |
|------|------|----------|--------|-------|------|-----------|-------------|---------|------------|---------|
| Dayna M. LittleJohn | 6/16/2006 | 17 | 0 | 36.21 | 40.36 | 76.57 | $ 4.50 | $ 10.98 | $ 51.34 | $ - |
| Dayna M. LittleJohn | 7/1/2006 | 47 | 0 | 100.11 | 104.5 | 204.61 | $ 4.35 | $ 37.44 | $ 141.94 | $ - |
| Dayna M. LittleJohn | 7/16/2006 | 52 | 0 | 110.76 | 165.64 | 276.4 | $ 5.32 | $ - | $ 157.04 | $ - |
| Dayna M. LittleJohn | 8/1/2006 | 42 | 0 | 89.46 | 148.21 | 237.67 | $ 5.66 | $ - | $ 126.84 | $ - |
| Dayna M. LittleJohn | 8/16/2006 | 14 | 0 | 29.82 | 39.82 | 69.64 | $ 4.97 | $ 2.46 | $ 42.28 | $ - |
| Dayna M. LittleJohn | 9/1/2006 | 40 | 0 | 85.2 | 142.12 | 227.32 | $ 5.68 | $ - | $ 120.80 | $ - |
| Dayna M. LittleJohn | 9/16/2006 | 14 | 0 | 29.82 | 36.11 | 65.93 | $ 4.71 | $ 6.17 | $ 42.28 | $ - |
| | | | | | | | | $ 57.05 | $ 682.52 | $ - |

Total Wages     $   682.52
Total Damages   $ 1,365.04

| Name | Date | Reg. Hrs | OT Hrs | Wages | Tips | Total Pay | Rate per Hr | MW Owed | Tip Credit | OT Owed |
|------|------|----------|--------|-------|------|-----------|-------------|---------|------------|---------|
| Ernest Amede Chandonnet | 7/16/2006 | 23 | 0 | $48.99 | $70.10 | $119.09 | $ 5.18 | $ - | $ 69.46 | $ - |
| Ernest Amede Chandonnet | 7/16/2006 | 7 | 0 | $14.91 | $24.00 | $38.91 | $ 5.56 | $ - | $ 21.14 | $ - |
| Ernest Amede Chandonnet | 8/1/2006 | 6 | 0 | $12.78 | $14.17 | $26.95 | $ 4.49 | $ 3.95 | $ 18.12 | $ - |
| Ernest Amede Chandonnet | 9/1/2006 | 16 | 0 | $34.08 | $31.87 | $65.95 | $ 4.12 | $ 16.45 | $ 48.32 | $ - |
| Ernest Amede Chandonnet | 9/16/2006 | 21 | 0 | $44.73 | $53.59 | $98.32 | $ 4.68 | $ 9.83 | $ 63.42 | $ - |
| Ernest Amede Chandonnet | 9/16/2006 | 7 | 0 | $14.91 | $22.29 | $37.20 | $ 5.31 | $ - | $ 21.14 | $ - |
| Ernest Amede Chandonnet | 10/1/2006 | 28 | 0 | $59.64 | $19.51 | $79.15 | $ 2.83 | $ 65.05 | $ 84.56 | $ - |
| Ernest Amede Chandonnet | 10/16/2006 | 28 | 0 | $59.64 | $189.98 | $249.62 | $ 8.92 | $ - | $ 84.56 | $ - |
| Ernest Amede Chandonnet | 10/16/2006 | 8 | 0 | $17.04 | $62.66 | $79.70 | $ 9.96 | $ - | $ 24.16 | $ - |
| Ernest Amede Chandonnet | 11/1/2006 | 35 | 0 | $74.55 | $60.04 | $134.59 | $ 3.85 | $ 45.66 | $ 105.70 | $ - |
| Ernest Amede Chandonnet | 11/1/2006 | 10 | 0 | $21.30 | $38.42 | $59.72 | $ 5.97 | $ - | $ 30.20 | $ - |
| Ernest Amede Chandonnet | 11/16/2006 | 14 | 0 | $29.82 | $23.81 | $53.63 | $ 3.83 | $ 18.47 | $ 42.28 | $ - |
| | | | | | | | | $ 159.41 | $ 613.06 | |

Total Wages          $  613.06
Total Damages        $1,226.12

| Name | Date | Reg. Hrs | OT Hrs | Wages | Tips | Total Pay | Rate per Hr | MW Owed | Tip Credit | OT Owed |
|------|------|----------|--------|-------|------|-----------|-------------|---------|-----------|---------|
| Edward Toma | 3/31/2005 | 0 | 0 | 440.91 | 3,640.03 | 4080.94 | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Edward Toma | 3/31/2005 | 0 | 0 | 3,750.00 | 0 | 3750 | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Edward Toma | 4/1/2005 | 67 | 0 | 142.71 | 1,067.11 | 1,959.82 | $ 29.25 | $ - | $ 202.34 | $ - |
| Edward Toma | 4/4/2005 | 0 | 0 | 750 | 0 | 750 | $ - | $ - | $ - | $ - |
| Edward Toma | 4/16/2005 | 67 | 0 | 142.71 | 106.78 | 999.49 | $ 14.92 | $ - | $ 202.34 | $ - |
| Edward Toma | 4/16/2005 | 0 | 0 | 750 | 0 | 750 | $ - | $ - | $ - | $ - |
| Edward Toma | 5/1/2005 | 63 | 0 | 134.19 | 364.37 | 1248.56 | $ 19.82 | $ - | $ 190.26 | $ - |
| Edward Toma | 5/1/2005 | 0 | 0 | 750 | 0 | 750 | $ - | $ - | $ - | $ - |
| Edward Toma | 5/16/2005 | 0 | 0 | 250 | 0 | 250 | $ - | $ - | $ - | $ - |
| Edward Toma | 5/16/2005 | 63 | 0 | 134.19 | 568.12 | 952.31 | $ 15.12 | $ - | $ 190.26 | $ - |
| Edward Toma | 6/1/2005 | 72 | 0 | 153.36 | 771.34 | 1174.7 | $ 16.32 | $ - | $ 217.44 | $ - |
| Edward Toma | 6/1/2005 | 0 | 0 | 250 | 0 | 250 | $ - | $ - | $ - | $ - |
| Edward Toma | 6/16/2005 | 0 | 0 | 250 | 0 | 250 | $ - | $ - | $ - | $ - |
| Edward Toma | 6/16/2005 | 44 | 0 | 93.72 | 453.51 | 797.23 | $ 18.12 | $ - | $ 132.88 | $ - |
| Edward Toma | 7/1/2005 | 0 | 0 | 250 | 0 | 250 | $ - | $ - | $ - | $ - |
| Edward Toma | 7/1/2005 | 44 | 0 | 93.72 | 508.72 | 852.44 | $ 19.37 | $ - | $ 132.88 | $ - |
| Edward Toma | 7/16/2005 | 0 | 0 | 250 | 0 | 250 | $ - | $ - | $ - | $ - |
| Edward Toma | 7/16/2005 | 22 | 0 | 46.86 | 209.67 | 506.53 | $ 23.02 | $ - | $ 66.44 | $ - |
| Edward Toma | 8/1/2005 | 22 | 0 | 46.86 | 323.93 | 620.79 | $ 28.22 | $ - | $ 66.44 | $ - |
| Edward Toma | 8/1/2005 | 0 | 0 | 250 | 0 | 250 | $ - | $ - | $ - | $ - |
| Edward Toma | 8/16/2005 | 0 | 0 | 250 | 0 | 250 | $ - | $ - | $ - | $ - |
| Edward Toma | 8/16/2005 | 56 | 0 | 119.28 | 665.98 | 1035.26 | $ 18.49 | $ - | $ 169.12 | $ - |
| Edward Toma | 9/1/2005 | 38 | 0 | 80.94 | 398.51 | 729.45 | $ 19.20 | $ - | $ 114.76 | $ - |
| Edward Toma | 9/1/2005 | 0 | 0 | 250 | 0 | 250 | $ - | $ - | $ - | $ - |
| Edward Toma | 11/1/2005 | 0 | 0 | 250 | 0 | 250 | $ - | $ - | $ - | $ - |
| Edward Toma | 11/1/2005 | 53 | 0 | 112.89 | 550.16 | 913.05 | $ 17.23 | $ - | $ 160.06 | $ - |
| Edward Toma | 11/16/2005 | 48 | 0 | 102.24 | 509.23 | 861.47 | $ 17.95 | $ - | $ 144.96 | $ - |
| Edward Toma | 11/16/2005 | 0 | 0 | 250 | 0 | 250 | $ - | $ - | $ - | $ - |
| Edward Toma | 12/1/2005 | 15 | 0 | 31.95 | 131.73 | 413.68 | $ 27.58 | $ - | $ 45.30 | $ - |
| Edward Toma | 12/1/2005 | 0 | 0 | 250 | 0 | 250 | $ - | $ - | $ - | $ - |
| Edward Toma | 12/16/2005 | 0 | 0 | 250 | 0 | 250 | $ - | $ - | $ - | $ - |
| Edward Toma | 12/16/2005 | 55.38 | 26 | 0 | 450.94 | 700.94 | $ 8.61 | $ - | $ 245.77 | $ 145.60 |
| Edward Toma | 1/16/2006 | 0 | 0 | 250 | 0 | 250 | $ - | $ - | $ - | $ - |
| Edward Toma | 1/16/2006 | 14 | 0 | 29.82 | 175.92 | 455.74 | $ 32.55 | $ - | $ 42.28 | $ - |
| Edward Toma | 2/1/2006 | 0 | 0 | 250 | 0 | 250 | $ - | $ - | $ - | $ - |
| Edward Toma | 2/1/2006 | 72 | 0 | 153.36 | 421.61 | 824.97 | $ 11.46 | $ - | $ 217.44 | $ - |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Edward Toma | 2/16/2006 | 0 | 0 | 250 | 0 | 250 | $ | - | $ | - | $ | - | $ | - |
| Edward Toma | 2/16/2006 | 57 | 0 | 121.41 | 424.91 | 796.32 | $ | 13.97 | $ | - | $ | 172.14 | $ | - |
| Edward Toma | 3/1/2006 | 0 | 0 | 250 | 0 | 250 | $ | - | $ | - | $ | - | $ | - |
| Edward Toma | 3/1/2006 | 69 | 0 | 146.67 | 642.55 | 1039.22 | $ | 15.06 | $ | - | $ | 208.38 | $ | - |
| Edward Toma | 3/16/2006 | 0 | 0 | 250 | 0 | 250 | $ | - | $ | - | $ | - | $ | - |
| Edward Toma | 3/16/2006 | 36 | 0 | 76.68 | 149.43 | 476.11 | $ | 13.23 | $ | - | $ | 108.72 | $ | - |
| Edward Toma | 4/1/2006 | 0 | 0 | 250 | 0 | 250 | $ | - | $ | - | $ | - | $ | - |
| Edward Toma | 4/1/2006 | 54 | 0 | 115.02 | 220.78 | 585.8 | $ | 10.85 | $ | - | $ | 163.08 | $ | - |
| Edward Toma | 4/16/2006 | 80 | 15 | 218.32 | 304.69 | 773.01 | $ | 8.14 | $ | - | $ | 286.90 | $ | 84.00 |
| Edward Toma | 4/16/2006 | 0 | 0 | 250 | 0 | 250 | $ | - | $ | - | $ | - | $ | - |
| Edward Toma | 5/1/2006 | 0 | 0 | 250 | 0 | 250 | $ | - | $ | - | $ | - | $ | - |
| Edward Toma | 5/1/2006 | 48 | 0 | 102.24 | 161.96 | 514.2 | $ | 10.71 | $ | - | $ | 144.96 | $ | - |
| Edward Toma | 5/16/2006 | 47 | 0 | 100.11 | 130.86 | 480.97 | $ | 10.23 | $ | - | $ | 141.94 | $ | - |
| Edward Toma | 5/16/2006 | 0 | 0 | 250 | 0 | 250 | $ | - | $ | - | $ | - | $ | - |
| Edward Toma | 6/1/2006 | 65 | 0 | 138.45 | 227.94 | 616.39 | $ | 9.48 | $ | - | $ | 196.30 | $ | - |
| Edward Toma | 6/1/2006 | 0 | 0 | 250 | 0 | 250 | $ | - | $ | - | $ | - | $ | - |
| Edward Toma | 6/16/2006 | 0 | 0 | 250 | 0 | 250 | $ | - | $ | - | $ | - | $ | - |
| Edward Toma | 6/16/2006 | 23 | 0 | 48.99 | 66.12 | 365.11 | $ | 15.87 | $ | - | $ | 69.46 | $ | - |
| Edward Toma | 7/1/2006 | 0 | 0 | 250 | 0 | 250 | $ | - | $ | - | $ | - | $ | - |
| Edward Toma | 7/1/2006 | 43 | 0 | 91.59 | 95.1 | 436.69 | $ | 10.16 | $ | - | $ | 129.86 | $ | - |
| Edward Toma | 7/16/2006 | 72 | 0 | 153.36 | 218.2 | 621.56 | $ | 8.63 | $ | - | $ | 217.44 | $ | - |
| Edward Toma | 7/16/2006 | 0 | 0 | 250 | 0 | 250 | $ | - | $ | - | $ | - | $ | - |
| Edward Toma | 8/1/2006 | 56 | 0 | 119.28 | 190 | 559.28 | $ | 9.99 | $ | - | $ | 169.12 | $ | - |
| Edward Toma | 8/1/2006 | 0 | 0 | 250 | 0 | 250 | $ | - | $ | - | $ | - | $ | - |
| Edward Toma | 8/16/2006 | 18 | 0 | 38.34 | 40.32 | 578.66 | $ | 32.15 | $ | - | $ | 54.36 | $ | - |
| Edward Toma | 8/16/2006 | 0 | 0 | 500 | 0 | 500 | $ | - | $ | - | $ | - | $ | - |
| Edward Toma | 5/16/2007 | 5 | 0 | 10.65 | 68.05 | 78.7 | $ | 15.74 | $ | - | $ | 15.10 | $ | - |
| | | | | | | | $ | - | $ | - | $ | 4,618.73 | $ | 229.60 |

Wages        $ 4,848.33
Total w/Liq   $ 9,696.66

| Name | Date | Reg. Hrs | OT Hrs | Wages | Tips | Total Pay | Rate per Hr | MW Owed | Tip Credit | OT Owed |
|------|------|----------|--------|-------|------|-----------|-------------|---------|-----------|---------|
| Ian B. Smith | 12/16/2006 | 0 | 0 | $ 250.00 | $    - | $  250.00 | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Ian B. Smith | 12/16/2006 | 34 | 0 | $  72.42 | $128.04 | $  200.46 | $   5.90 | $    - | $  102.68 | $    - |
| Ian B. Smith | 1/1/2007 | 41 | 0 | $  87.33 | $214.26 | $  301.59 | $   7.36 | $    - | $  123.82 | $    - |
| Ian B. Smith | 1/16/2007 | 14 | 0 | $  29.82 | $  54.65 | $   84.47 | $   6.03 | $    - | $   42.28 | $    - |
| Ian B. Smith | 2/1/2007 | 50 | 0 | $ 106.50 | $172.40 | $  278.90 | $   5.58 | $    - | $  151.00 | $    - |
| Ian B. Smith | 2/16/2007 | 47 | 0 | $ 100.11 | $368.15 | $  468.26 | $   9.96 | $    - | $  141.94 | $    - |
| Ian B. Smith | 3/1/2007 | 23 | 0 | $  48.99 | $153.56 | $  202.55 | $   8.81 | $    - | $   69.46 | $    - |
| Ian B. Smith | 3/16/2007 | 28 | 0 | $  59.64 | $237.48 | $  297.12 | $  10.61 | $    - | $   84.56 | $    - |
| Ian B. Smith | 4/1/2007 | 21 | 0 | $  44.73 | $114.88 | $  159.61 | $   7.60 | $    - | $   63.42 | $    - |
| Ian B. Smith | 4/16/2007 | 14 | 0 | $  29.82 | $145.90 | $  175.72 | $  12.55 | $    - | $   42.28 | $    - |
| Ian B. Smith | 5/1/2007 | 13 | 0 | $  27.69 | $  53.38 | $   81.07 | $   6.24 | $    - | $   39.26 | $    - |
| | | | | | | | | $    - | $  860.70 | $    - |

Total Wages    $  860.70
Total Damages  $1,721.40

| Name | Date | Reg. Hrs | OT Hrs | Wages | Tips | Total Pay | Rate per Hr | MW Owed | Tip Credit | OT Owed |
|---|---|---|---|---|---|---|---|---|---|---|
| John No Bernal | 11/16/2006 | 14 | 0 | 29.82 | 35.68 | 65.5 | $ 4.68 | $ 6.60 | $ 42.28 | $ - |
| John No Bernal | 12/1/2006 | 29 | 0 | 61.77 | 55.05 | 116.82 | $ 4.03 | $ 32.53 | $ 87.58 | $ - |
| John No Bernal | 12/16/2006 | 60 | 0 | 127.8 | 116.71 | 244.51 | $ 4.08 | $ 64.49 | $ 181.20 | $ - |
| John No Bernal | 1/1/2007 | 54 | 0 | 115.02 | 92.4 | 207.42 | $ 3.84 | $ 70.68 | $ 163.08 | $ - |
| John No Bernal | 1/16/2007 | 8 | 0 | 17.04 | 18.72 | 35.76 | $ 4.47 | $ 5.44 | $ 24.16 | $ - |
| John No Bernal | 1/16/2007 | 23 | 0 | 48.99 | 43.29 | 92.28 | $ 4.01 | $ 26.17 | $ 69.46 | $ - |
| John No Bernal | 2/1/2007 | 44 | 0 | 93.72 | 126.52 | 220.24 | $ 5.01 | $ 6.36 | $ 132.88 | $ - |
| John No Bernal | 2/1/2007 | 4 | 0 | 8.52 | 22.73 | 31.25 | $ 7.81 | $ - | $ 12.08 | $ - |
| John No Bernal | 2/1/2007 | 15 | 0 | 31.95 | 29.37 | 61.32 | $ 4.09 | $ 15.93 | $ 45.30 | $ - |
| John No Bernal | 2/16/2007 | 12 | 0 | 25.56 | 60.11 | 85.67 | $ 7.14 | $ - | $ 36.24 | $ - |
| John No Bernal | 2/16/2007 | 12 | 0 | 25.56 | 136.1 | 161.66 | $ 13.47 | $ - | $ 36.24 | $ - |
| John No Bernal | 2/16/2007 | 13 | 0 | 27.69 | 116.11 | 143.8 | $ 11.06 | $ - | $ 39.26 | $ - |
| John No Bernal | 3/1/2007 | 7 | 0 | 14.91 | 55.67 | 70.58 | $ 10.08 | $ - | $ 21.14 | $ - |
| John No Bernal | 3/16/2007 | 5 | 0 | 10.65 | 95.38 | 106.03 | $ 21.21 | $ - | $ 15.10 | $ - |
| John No Bernal | 4/1/2007 | 17 | 0 | 36.21 | 117.89 | 154.1 | $ 9.06 | $ - | $ 51.34 | $ - |
| John No Bernal | 4/16/2007 | 11 | 0 | 23.43 | 149.68 | 173.11 | $ 15.74 | $ - | $ 33.22 | $ - |
| John No Bernal | 5/1/2007 | 33 | 0 | 70.29 | 130.33 | 200.62 | $ 6.08 | $ - | $ 99.66 | $ - |
| John No Bernal | 5/16/2007 | 21 | 0 | 44.73 | 63.31 | 108.04 | $ 5.14 | $ 0.11 | $ 63.42 | $ - |
| John No Bernal | 5/16/2007 | 56 | 0 | 119.28 | 366.79 | 486.07 | $ 8.68 | $ - | $ 169.12 | $ - |
| John No Bernal | 6/1/2007 | 40 | 0 | 85.2 | 322.54 | 407.74 | $ 10.19 | $ - | $ 120.80 | $ - |
| John No Bernal | 6/1/2007 | 24 | 0 | 51.12 | 93.19 | 144.31 | $ 6.01 | $ - | $ 72.48 | $ - |
| John No Bernal | 6/16/2007 | 43 | 0 | 91.59 | 165.21 | 256.8 | $ 5.97 | $ - | $ 129.86 | $ - |
| John No Bernal | 6/16/2007 | 7 | 0 | 14.91 | 7.89 | 22.8 | $ 3.26 | $ 13.25 | $ 21.14 | $ - |
| John No Bernal | 7/1/2007 | 42 | 0 | 89.46 | 406.3 | 495.76 | $ 11.80 | $ - | $ 126.84 | $ - |
| John No Bernal | 7/1/2007 | 14 | 0 | 29.82 | 57.61 | 87.43 | $ 6.25 | $ - | $ 42.28 | $ - |
| John No Bernal | 7/16/2007 | 31 | 0 | 66.03 | 258.06 | 324.09 | $ 10.45 | $ - | $ 93.62 | $ - |
| John No Bernal | 8/1/2007 | 28 | 0 | 59.64 | 205.17 | 264.81 | $ 9.46 | $ - | $ 104.16 | $ - |
| John No Bernal | 8/16/2007 | 14 | 0 | 29.82 | 154.67 | 184.49 | $ 13.18 | $ - | $ 52.08 | $ - |
| | | | | | | | | $ 241.56 | $ 2,086.02 | $ - |

Wages        $2,086.02
Total w/Liq  $4,172.04

| Name | Date | Reg. Hrs | OT Hrs | Wages | Tips | Total Pay | Rate per Hr | MW Owed | Tip Credit | OT Owed |
|------|------|----------|--------|-------|------|-----------|-------------|---------|------------|---------|
| Mimi J. Morrison | 10/16/2006 | 33 | 0 | $ 70.29 | $ 290.74 | $ 361.03 | $ 10.94 | $ - | $ 99.66 | $ - |
| Mimi J. Morrison | 10/1/2006 | 19 | 0 | $ 40.47 | $ 42.78 | $ 83.25 | $ 4.38 | $ 14.60 | $ 57.38 | $ - |
| Mimi J. Morrison | 9/16/2006 | 3 | 0 | $ 6.39 | $ 15.09 | $ 21.48 | $ 7.16 | $ - | $ 9.06 | $ - |
| Mimi J. Morrison | 11/1/2006 | 14 | 0 | $ 29.82 | $ 43.65 | $ 73.47 | $ 5.25 | $ - | $ 42.28 | $ - |
| | | | | | | | | $ 14.60 | $ 208.38 | $ - |

| | |
|---|---|
| Wages | $ 208.38 |
| With Liq | $ 416.76 |

| Name | Date | Reg. Hrs | OT Hrs | Wages | Tips | Total Pay | Rate per Hr | MW Owed | Tip Credit | OT Owed |
|------|------|----------|--------|-------|------|-----------|-------------|---------|------------|---------|
| Stephanie Y. Bowers | 7/1/2006 | 35 | 0 | $74.55 | $85.06 | $159.61 | $ 4.56 | $ 20.64 | $ 105.70 | $ - |
| Stephanie Y. Bowers | 7/16/2006 | 42 | 0 | $89.46 | $136.25 | $225.71 | $ 5.37 | $ - | $ 126.84 | $ - |
| Stephanie Y. Bowers | 8/1/2006 | 35 | 0 | $74.55 | $121.38 | $195.93 | $ 5.60 | $ - | $ 105.70 | $ - |
| Stephanie Y. Bowers | 8/16/2006 | 7 | 0 | $14.91 | $27.49 | $42.40 | $ 6.06 | $ - | $ 21.14 | $ - |
| Stephanie Y. Bowers | 9/1/2006 | 35 | 0 | $74.55 | $155.74 | $230.29 | $ 6.58 | $ - | $ 105.70 | $ - |
| Stephanie Y. Bowers | 9/16/2006 | 26 | 0 | $55.38 | $72.49 | $127.87 | $ 4.92 | $ 6.03 | $ 78.52 | $ - |
| Stephanie Y. Bowers | 10/1/2006 | 25 | 0 | $53.25 | $79.15 | $132.40 | $ 5.30 | $ - | $ 75.50 | $ - |
| Stephanie Y. Bowers | 10/16/2006 | 43 | 0 | $91.59 | $379.88 | $471.47 | $ 10.96 | $ - | $ 129.86 | $ - |
| Stephanie Y. Bowers | 11/1/2006 | 39 | 0 | $83.07 | $125.67 | $208.74 | $ 5.35 | $ - | $ 117.78 | $ - |
| Stephanie Y. Bowers | 11/16/2006 | 7 | 0 | $14.91 | $13.52 | $28.43 | $ 4.06 | $ 7.62 | $ 21.14 | $ - |
| Stephanie Y. Bowers | 12/1/2006 | 28 | 0 | $59.64 | $69.14 | $128.78 | $ 4.60 | $ 15.42 | $ 84.56 | $ - |
| Stephanie Y. Bowers | 1/1/2007 | 38 | 0 | $80.94 | $100.63 | $181.57 | $ 4.78 | $ 14.13 | $ 114.76 | $ - |
| Stephanie Y. Bowers | 1/16/2007 | 61 | 0 | $129.93 | $145.39 | $275.32 | $ 4.51 | $ 38.83 | $ 184.22 | $ - |
| Stephanie Y. Bowers | 2/1/2007 | 50 | 0 | $106.50 | $153.93 | $260.43 | $ 5.21 | $ - | $ 151.00 | $ - |
| Stephanie Y. Bowers | 2/16/2007 | 29 | 0 | $61.77 | $252.41 | $314.18 | $ 10.83 | $ - | $ 87.58 | $ - |
| Stephanie Y. Bowers | 3/1/2007 | 34 | 0 | $72.42 | $233.29 | $305.71 | $ 8.99 | $ - | $ 102.68 | $ - |
| Stephanie Y. Bowers | 3/16/2007 | 39 | 0 | $83.07 | $398.17 | $481.24 | $ 12.34 | $ - | $ 117.78 | $ - |
| Stephanie Y. Bowers | 4/1/2007 | 35 | 0 | $74.55 | $339.79 | $414.34 | $ 11.84 | $ - | $ 105.70 | $ - |
| Stephanie Y. Bowers | 4/16/2007 | 32 | 0 | $68.16 | $422.93 | $491.09 | $ 15.35 | $ - | $ 96.64 | $ - |
| Stephanie Y. Bowers | 5/1/2007 | 41 | 0 | $87.33 | $287.07 | $374.40 | $ 9.13 | $ - | $ 123.82 | $ - |
| Stephanie Y. Bowers | 5/16/2007 | 24 | 0 | $51.12 | $321.57 | $372.69 | $ 15.53 | $ - | $ 72.48 | $ - |
| Stephanie Y. Bowers | 6/1/2007 | 45 | 0 | $95.85 | $265.13 | $360.98 | $ 8.02 | $ - | $ 135.90 | $ - |
| Stephanie Y. Bowers | 6/16/2007 | 36 | 0 | $76.68 | $196.92 | $273.60 | $ 7.60 | $ - | $ 108.72 | $ - |
| Stephanie Y. Bowers | 7/1/2007 | 38 | 0 | $80.94 | $352.62 | $433.56 | $ 11.41 | $ - | $ 114.76 | $ - |
| Stephanie Y. Bowers | 7/16/2007 | 28 | 0 | $59.64 | $199.62 | $259.26 | $ 9.26 | $ - | $ 84.56 | $ - |
| | | | | | | | | $ 102.67 | $ 2,573.04 | $ - |

| | |
|---|---|
| Total Wages | $ 2,573.04 |
| Total Damages | $ 5,146.08 |